

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00903-CR

Monisha Monique **WASHINGTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR11334W
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 16, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice